UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERTO ALVARADO et al., ) | Case No. 5:14-cv-03172-PSG |
| ) | |
| Plaintiffs, ) | **CASE MANAGEMENT ORDER** |
| ) | |
| v. ) | **(Re: Docket No. 18)** |
| ) | |
| CITY OF GILROY et al., ) | |
| ) | |
| Defendants. ) | |

Based on the parties' Joint Case Management Statement[1] and request that the court decide the following issues on the papers, without any conference,

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is January 20, 2014.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case, except that Plaintiffs may take up to ten depositions of no more than seven hours each and an additional ten depositions of up to three hours each.

---

[1] *See* Docket No. 18.

1

Case No. 5:14-cv-03172-PSG
CASE MANAGEMENT ORDER

IT IS FURTHER ORDERED that, no later than January 20, 2015, the parties meet with the ADR Unit to discuss what specific ADR procedure they will participate in.  The parties are reminded that participation in planning conferences with the ADR Unit is mandatory.[2]  After their meeting, the parties are to file a stipulation or a request for resolution by the court.

IT IS FURTHER ORDERED that the following deadlines shall apply to this case:

Initial disclosures……………………………………………………...November 18, 2014

Fact discovery cut-off…………………………………………………..September 4, 2015

Expert disclosure……………………………………………….……..September 11, 2015

Last day to hear dispositive motions..……………..……………………….October 20, 2015

Expert discovery cut-off……………………………………………….December 18, 2015

Pre-trial conference……………………………………………………January 26, 2016

Trial………………………………………………………………......February 8, 2016

**SO ORDERED.**

Dated: November 20, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[2] *See* ADR L.R. 3-5(d)(1).

Case No. 5:14-cv-03172-PSG
CASE MANAGEMENT ORDER

2