1  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN  (State Bar No. 189268)
2  GENEVIEVE K. GUERTIN (State Bar No. 262479)
   T. KENNEDY HELM (State Bar No. 282319)
3  HADDAD & SHERWIN LLP
   505 Seventeenth Street
4  Oakland, California  94612
   Telephone: (510) 452-5500
5  Facsimile:  (510) 452-5510
6
   Attorneys for Plaintiffs
7  ALBERTO ALVARADO, MARTHA ALVARADO, and B.A., a Minor
8
9                    **UNITED STATES DISTRICT COURT**
10                   **NORTHERN DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| ALBERTO ALVARADO; MARTHA ALVARADO; and B.A., a minor, through her father and Next Friend ALBERTO ALVARADO, JR.; individually, | No: 5:14-cv-03172-PSG |
| | Hon. Paul S. Grewal |
| Plaintiffs, | |
| vs. | **STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING THE COURT'S CASE MANAGEMENT ORDER (DOC. 26)** |
| CITY OF GILROY, a public entity; CITY OF GILROY POLICE DEPARTMENT CAPTAIN KURT SVARDAL; CITY OF GILROY POLICE DEPARTMENT SERGEANTS KURT ASHLEY, GREG FLIPPO, PEDRO ESPINOZA, JASON KADLUBOSKI, and ROYCE HEATH; CITY OF GILROY POLICE DEPARTMENT OFFICERS HUGO DELMORAL, RENE ARBIZU, JESUS CONTRERAS, PAT SULLIVAN, JOHN BALLARD, and ERIC GARCIA; CITY OF SALINAS, a public entity; CITY OF SALINAS POLICE DEPARTMENT OFFICER TODD R. KESSLER; CITY OF MORGAN HILL, a public entity; CITY OF MORGAN HILL POLICE SERGEANT CARSON THOMAS; CITY OF MORGAN HILL POLICE OFFICERS RYAN WARREN, JASON BROYER, and JEFF TACAZON; and DOES 1–50, Jointly and Severally | |
| Defendants. | |

5:14-cv-03172-PSG:  STIP AND (~~PROPOSED~~) ORDER MODIFYING CMC ORDER

1  The parties in this case, by and through their counsel of record, stipulate and agree to modify
2  the Case Management Order (Docket "Doc." 26) as follows:
3  The parties will attend a Settlement Conference before Magistrate Judge Nathanael Cousins
4  on June 23, 2015 at 9:30 a.m.  To save the time and resources both of the Court and of the parties,
5  and in the event that the case does not settle, the parties hereby stipulate to, and request this Court to
6  order, the following modification to the Court's Case Management Order (Docket "Doc." No. 26):
7  1. That the deadline for joinder of any additional parties, or other amendments to the pleadings,
8  be continued from June 22, 2015 to July 22, 2015.
9  SO STIPULATED:

Dated:  June 11, 2015          **HADDAD & SHERWIN LLP**

/s/ *T. Kennedy Helm*
―――――――――――――――
T. KENNEDY HELM
Attorneys for Plaintiffs ALBERTO ALVARADO;
MARTHA ALVARADO; and B.A., a minor, through
her father and Next Friend ALBERTO ALVARADO, JR.

Dated: June 11, 2015           **LAW OFFICES OF VINCENT P. HURLEY, PC**

/s/ *Ryan Thompson\**
―――――――――――――――
RYAN THOMPSON
Attorneys for Defendants
CITY OF SALINAS, a public entity; and CITY OF SALINAS
POLICE DEPARTMENT OFFICER TODD R. KESSLER.

\*Mr. Thompson provided his consent that this document be electronically filed.

5:14-cv-03172-PSG:  :   STIP AND (PROPOSED) ORDER MODIFYING CMC ORDER                         1

**(PROPOSED) ORDER**

Pursuant to stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: June 12, 2015

_____
HONORABLE PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE